DLM

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LAURA DRAINVILLE,

Plaintiff,

-vs- Case No. 6:07-cv-1727-Orl-22KRS

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant.

CA 08 56 ML

## ORDER OF TRANSFER

This cause comes before the Court upon a review of the docket. On January 27, 2008 this Court entered an Order to Show Cause why this action should not be transferred to the United States District Court for the District of Rhode Island where there is a pending interpleader action regarding the insurance proceeds at issue in this matter. No party objected to transfer.

Based on the foregoing, it is ordered as follows:

1. This case is hereby TRANSFERRED to the United States District Court for the District of Rhode Island to be considered with *Metropolitan Life Insurance Company v. Paul M. Drainville, et al.*, C.A. No. 07-427ML.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 11, 2008.

Anne C. Conway

ANNE C. CONWAY
United States District Judge

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida

By: ____
Deputy Clerk

Copies furnished

Counsel of Record
Clerk, U.S. District Court, District of Rhode Island