CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:07-cv-01727-ACC-KRS
# Internal Use Only

Drainville v. Metropolitan Life Insurance Company
Assigned to: Judge Anne C. Conway
Referred to: Magistrate Judge Karla R. Spaulding
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 10/30/2007
Date Terminated: 02/12/2008
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**Laura Drainville**
*as beneficiary of Paul Drainville*

represented by **Hans Kennon**
Morgan & Morgan, PA*
20 N Orange Ave - Ste 1600
PO Box 4979
Orlando, FL 32802-4979
407/420-1414 ext:3399
Fax: 407/423-7928
Email: hkennon@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Metropolitan Life Insurance Company**

represented by **Alan Harrison Brents**
MetLife
1 MetLife Plaza
27-01 Queens Plaza North
Long Island City, NY 11101-4007
212/578-1047
Fax: 212/251-1693
Email: abrents@metlife.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | COMPLAINT filed pursuant to the Employee Retirement Income Security Act. (Filing fee $ 350 - receipt number 25942) (RDO) (Entered: 10/30/2007) |
| | | |

| | | |
|---|---|---|
| 10/30/2007 | | Summons issued as to Metropolitan Life Insurance Company. (RDO) (Entered: 10/30/2007) |
| 10/31/2007 | 2 | ORDER that the Clerk of the Court is directed to REASSIGN this case to another District Judge for all further proceedings. Signed by Judge G. Kendall Sharp on 10/31/2007. (DB, ) (Entered: 10/31/2007) |
| 10/31/2007 | | Case Reassigned to Judge Anne C. Conway. New case number: 6:07-cv-1727-ORL-18KRS. Judge G. Kendall Sharp no longer assigned to the case. (RDO) (Entered: 10/31/2007) |
| 11/02/2007 | 3 | RELATED CASE ORDER; NOTICE of designation under Local Rule 3.05 - track 2; and ORDER Requiring Electronic Filing. (Notice of pendency of other actions due by 11/19/07.) Signed by Judge Anne C. Conway on 11/2/07. (CH) (Entered: 11/02/2007) |
| 11/02/2007 | 4 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due by 11/19/2007. Signed by Judge Anne C. Conway on 11/2/2007. (CH) (Entered: 11/02/2007) |
| 11/06/2007 | 5 | NOTICE of pendency of related cases re 3 order of compliance to Local Rule by Laura Drainville Related case(s): no (Kennon, Hans) (Entered: 11/06/2007) |
| 11/06/2007 | 6 | CERTIFICATE of interested persons and corporate disclosure statement re 4 Interested persons order by Laura Drainville. (Kennon, Hans) (Entered: 11/06/2007) |
| 12/05/2007 | 7 | STIPULATION by Laura Drainville. (Kennon, Hans) (Entered: 12/05/2007) |
| 12/14/2007 | 8 | STIPULATION *for Extension* by Laura Drainville. (Kennon, Hans) (Entered: 12/14/2007) |
| 01/03/2008 | 9 | STIPULATION *for Extension of Time* by Laura Drainville. (Kennon, Hans) (Entered: 01/03/2008) |
| 01/07/2008 | 10 | ORDER: The Stipulation at 9 is stricken. The date selected is more than 120 days from the filing of the complaint. If Defendant has been served, plaintiff shall file the return of service within 5 days. Signed by Judge Anne C. Conway on 1/7/2008. (Conway, Anne) (Entered: 01/07/2008) |
| 01/08/2008 | 11 | PROOF of service by Laura Drainville (Kennon, Hans) (Entered: 01/08/2008) |
| 01/17/2008 | 12 | Consent MOTION to stay The Proceeding *and*, Consent MOTION to extend time to respond to the Complaint by Metropolitan Life Insurance Company. (Brents, Alan) (Entered: 01/17/2008) |
| 01/28/2008 | 13 | SHOW CAUSE ORDER. Signed by Judge Anne C. Conway on 1/28/2008. (Conway, Anne) (Entered: 01/28/2008) |
| 01/28/2008 | | (Court only) ***Set/reset deadlines: Show Cause Response due by 2/8/2008 (RDO) (Entered: 01/28/2008) |
| | | |

| | | |
|---|---|---|
| 02/11/2008 | 14 | ORDER Transferring case to the United States District court for the District of Rhode Island. Signed by Judge Anne C. Conway on 2/11/2008. (CH) (Entered: 02/11/2008) |
| 02/12/2008 | 15 | TRANSFER to the District of Rhode Island (Certified copy of Order of Transfer and docket sheet sent to USDC Rhode Island) (RDO) (Entered: 02/12/2008) |