152590

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURA DRAINVILLE as beneficiary
of PAUL DRAINVILLE,

Plaintiff,

vs. Case No.: 6:07-cv-1727-Orl-18-KRS

METROPOLITAN LIFE INSURANCE
COMPANY,

Defendant.
______________________________/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

________________________________________
________________________________________
________________________________________
________________________________________

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

This 6th day of November, 2007

__s/ Hans Kennon____________
HANS KENNON, ESQUIRE
Florida Bar No.: 0059323
Morgan & Morgan, P.A.
20 N. Orange Avenue, 10th Floor
Post Office Box 4979
Orlando, FL 32802-4979

Telephone: (407) 420-1414
Facsimile: (407) 423-7928
hkennon@forthepeople.com