UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LAURA DRAINVILLE, Plaintiff | ) | C.A. No. 08-0056/ML |
| v. | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY, Defendant | ) | |

**ENTRY OF APPEARANCE**

Brooks R. Magratten of Vetter & White hereby enters his appearance on behalf of defendant Metropolitan Life Insurance Company.

/s/ Brooks R. Magratten
Brooks R. Magratten, No. 3585
Vetter & White
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com

Dated: March 5, 2008

CERTFICATE OF SERVICE

To:

Paul M. Sanford, Esq.
Burns & Levinson LLP
One Citizens Plaza – Suite 1100
Providence, RI 02903

Hans Kennon, Esq.
Morgan & Morgan, P.A.
20 N. Orange Avenue – 10th Floor
P.O. Box 4979
Orlando, FL 32802-4979

I hereby certify that I electronically filed the within Entry of Appearance on March 5, 2008. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-listed counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks R. Magratten